# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO


~~UNDER SEAL~~

UNITED STATES OF AMERICA,

V.

**CRB**
**CR19   0690**

DIDIER ORDONEZ-MIRANDA,

DEFENDANT(S).

## INDICTMENT

21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Fentanyl;

21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Heroin;

21 U.S.C. § 853 – Forfeiture Allegation

A true bill.

_____ Foreman

Filed in open court this __12__ day of DEC 2019

ROSE Maher
_____ Clerk

**NO BAIL WARRANT**

Bail, $ _____

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. 841(a)(1), 841(b)(1)(C) - Possession with intent to distribute controlled substances (2 counts)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Max. Imprisonment: 20 years;
Fine: $1,000,000;
Supervised Release: life (with minimum of 3 years);
Special Assessment: $100 per count;
Forfeiture

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
DEC 12 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▶ Didier ORDONEZ-MIRANDA

**DISTRICT COURT NUMBER**
CR19 0690 CRB

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on this form    David L. Anderson
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Lina Peng

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:



DAVID L. ANDERSON (CABN 149604)
United States Attorney

**FILED**

DEC 12 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DIDIER ORDONEZ-MIRANDA, <br><br> Defendant. | CASE NO. **CR19 0690 CRB** <br><br> VIOLATIONS: <br> 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Fentanyl; 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Heroin; <br> 21 U.S.C. § 853 – Forfeiture Allegation |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:    (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Fentanyl)

On or about November 26, 2019, in the Northern District of California, the defendant,

DIDIER ORDONEZ-MIRANDA,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] Propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

//

INDICTMENT

| | |
|---|---|
| COUNT TWO: | (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Heroin) |

DIDIER ORDONEZ-MIRANDA

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

FORFEITURE ALLEGATION:     (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of any of the offenses alleged in Counts One through Two above, the defendant,

DIDIER ORDONEZ-MIRANDA,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendants obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p). All pursuant to Title 21, United States Code, Section 853, and

//
//
//

1  Federal Rule of Criminal Procedure 32.2.
2
3  DATED: 12 DEC 2019                    A TRUE BILL.
4
5                                        _____
6                                        FOREPERSON
                                         San Francisco
7
   DAVID L. ANDERSON
8  United States Attorney
9
10 _____
   LINA PENG
11 Assistant United States Attorney
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT                              3



**FILED**

DEC 12 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**CR19  0690  CRB**

| | |
|---|---|
| **CASE NAME:** USA v. DIDIER ORDONEZ-MIRANDA | **CASE NUMBER:** CR |
| Is This Case Under Seal? | Yes ✓    No |
| Total Number of Defendants: | 1 ✓    2-7    8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes    No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF ✓   OAK    SJ |
| Is this a potential high-cost case? | Yes    No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes    No ✓ |
| Is this a RICO Act gang case? | Yes    No ✓ |
| **Assigned AUSA (Lead Attorney):** LINA PENG | **Date Submitted:** 12/12/19 |
| **Comments:** | |

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)